IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-001-RJC-DCK

| | |
|---|---|
| BONWORTH, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE ELEMENTS GLOBAL GROUP, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) filed by Mathew E. Flatow, concerning Steven I. Hochfelsen on January 3, 2019. Mr. Steven I. Hochfelsen seeks to appear as counsel *pro hac vice* for Defendant, The Elements Global Group, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 2) is **GRANTED.** Mr. Steven I. Hochfelsen is hereby admitted *pro hac vice* to represent Defendant, The Elements Global Group, LLC.

**SO ORDERED**.

Signed: January 3, 2019

David C. Keesler
United States Magistrate Judge